**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ELEVANCE HEALTH, INC.<br><br>Plaintiff,<br>v.<br><br>JORDAN VIDOR,<br><br>Defendant. | Case No. 1:26-cv-01880-TWP-TAB |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

The Parties, Plaintiff Elevance Health, Inc. ("**Elevance Health**") and Defendant Jordan Vidor, pursuant to Federal Rule of Civil Procedure 26(c), jointly move this Court to enter the proposed Stipulated Protective Order attached hereto as Exhibit 1.

1. The Parties are mindful of the Court's strong preference for parties to utilize the Court's Uniform Protective Order. Here, the Parties respectfully request that this Court adopt certain revisions to the Court's Uniform Protective Order to address the nature and sensitivity of the information anticipated to be exchanged during discovery in this action.

2. Good cause exists for entry of the proposed Stipulated Protective Order because the Parties anticipate production of trade secret, confidential, and proprietary information, including documents and materials relating to Elevance Health's provider performance data, network strategy, provider data lists, reimbursement arrangements, contracting terms and discount positions, ICHRA strategy, business development and marketing strategy, competitive assessments, internal financial information, and employee compensation and staffing information, that, if publicly disclosed, could result in significant competitive and financial harm.

3. The substantive revisions to the Court's Uniform Protective Order are as follows:

a. Section II (Scope of Protected Information): The Parties have replaced the template's blank categories with a detailed enumeration of the specific categories of information that Elevance Health asserts constitute its protected trade secret, confidential, and/or proprietary information, including information regarding provider contracting strategy and data, network strategy and data, financial information, and employee information.

b. Section V.C (Access to Attorneys' Eyes Only Information): The Parties have identified specific named representatives for each party who may access Attorneys' Eyes Only information. The Parties have also removed the template's separate provision for expert and consultant access to Attorneys' Eyes Only materials. Under the proposed Stipulated Protective Order, experts and consultants may access Attorneys' Eyes Only information only with the Designating Party's advance consent or by court order. This revision reflects the nature of this trade secret action and the heightened sensitivity of the information at issue.

c. Section VI.B (Inadvertent Production of Privileged Information): The Parties have added a provision pursuant to Federal Rule of Evidence 502(d) providing that neither attorney-client privilege nor work product protection is waived by disclosure of communications or information covered by such privilege or protection in connection with this litigation, or in any other federal or state proceeding.

4. All Parties were involved in the negotiations of these revisions and have agreed to entry of the Uniform Protective Order as revised. For the Court's convenience, a redline

comparison of the Court's Uniform Protective Order and the Parties' proposed Stipulated Protective Order is attached hereto as Exhibit 2.

Accordingly, the Parties respectfully request that this Court enter the proposed Stipulated Protective Order, attached hereto as Exhibit 1.

TAFT STETTINIUS & HOLLISTER LLP

By: */s/ Melissa A. Macchia*
Blake J. Burgan, Atty. No. 18350-49
Melissa A. Macchia, Atty. No. 29920-49
Julia E. Powers, Atty. No. 39061-49
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(317) 713-3500 – phone
(317) 713-3699 – fax
bburgan@taftlaw.com
mmacchia@taftlaw.com
jpowers@taftlaw.com

*Counsel for Defendant Jordan Vidor*

FBT GIBBONS LLP

By: */s/ Cameron S. Trachtman*
Kandi Kilkelly Hidde, #18033-49
Patricia Román Hass, #29461-45
Cameron S. Trachtman, #36387-49
Logan W. Koehring, #38240-49
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
Telephone: (317) 237-3800
Facsimile: (317) 237-3900
Email: khidde@fbtgibbons.com
promanhass@fbtgibbons.com
ctrachtman@fbtgibbons.com
lkoehring@fbtgibbons.com

*Attorneys for Elevance Health, Inc.*