# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELEVANCE HEALTH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN VIDOR,<br>OSCAR HEALTH, INC.,<br>OSCAR MANAGEMENT CORPORATION,<br><br>Defendants. | Case No. 1:26-cv-01880-TWP-TAB |

**DECLARATION OF JANET LIANG**

I, Janet Liang, being sworn upon my own, declare as follows:

1. I am over eighteen years of age, of sound mind, and otherwise fully capable to make this declaration. I submit this declaration in support of the Motion to Dismiss for Lack of Personal Jurisdiction filed by Oscar Health, Inc. ("Oscar Health") and Oscar Management Corporation (collectively, "Oscar").

2. I serve as Executive Vice President, President of Oscar Insurance at Oscar Health. In that role, I have firsthand knowledge of Oscar's business, its operations, its practices, and the markets in which it operates. The statements in this declaration are based on my personal knowledge and on information I have obtained in the course of performing my duties. If called upon to testify, I could and would testify competently to the facts stated herein.

3. Oscar is a consumer health insurance company that sells individual and family health insurance for plans under the Affordable Care Act ("ACA").

4. For plan year 2027, Oscar offers its products to members in the following twenty-one states: Alabama, Arizona, Florida, Georgia, Illinois, Iowa, Kansas, Michigan,

Mississippi, Missouri, Nebraska, New Jersey, New York, North Carolina, South Carolina, Ohio, Oklahoma, Pennsylvania, Tennessee, Texas, and Virginia.

5. Oscar does not sell, market, or offer health insurance plans or any other products to residents of Indiana.

6. Oscar does not maintain any office, facility, or other place of business in Indiana.

7. Oscar is not registered to do business in Indiana and does not own or lease real property in Indiana.

8. Oscar has five employees who reside in Indiana. None of these employees relocated to Indiana in connection with their work for Oscar.

9. Their offer letters and employment relationships with Oscar are governed by New York law.

10. They work remotely from their homes and do not perform work directed at Indiana customers or markets.

11. These Indiana employees had no involvement in the recruitment or hiring of Mr. Vidor.

12. From approximately April 2026 through August 2026, Mr. Vidor participated in approximately 10 interviews with Oscar representatives, which were conducted by video and telephone calls and in person, in addition to other hiring communications between Mr. Vidor and Oscar representatives.

13. During those communications, the Oscar representatives were located primarily in New York, but some representatives participated remotely from their homes in Connecticut, Massachusetts, Minnesota, and Virginia. No Oscar representative participated in any of those

communications from Indiana. To my knowledge, Mr. Vidor participated in those communications from New Jersey and not Indiana.

14. None of the communications concerning Mr. Vidor's recruitment or hiring took place in Indiana. Mr. Vidor's recruitment and hiring did not involve any communication with any person located in or residing in Indiana.

15. No Oscar representative traveled to or entered Indiana in connection with the recruitment or hiring of Mr. Vidor.

16. Oscar communicated its offer of employment to Mr. Vidor by telephone on July 21, 2026. The Oscar representative who communicated the offer was located in New York.

17. Oscar is not a party to Mr. Vidor's agreements with Elevance Health, Inc., and Oscar has not agreed or consented to any forum-selection or jurisdiction provision contained in those agreements.

# VERIFICATION

I affirm under the penalties of perjury, that the foregoing information is true and accurate to the best of my knowledge.

Dated: November 17, 2026

Signed by:
6234967AE03542E...

Janet Liang
EVP, President of Oscar Insurance
Oscar Health, Inc.

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date specified below.

Dated: November 17, 2026

*/s/ Matthew C. Moschella*
Matthew C. Moschella

4921-1821-2577